**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01644-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BRYAN MARTINEZ,

    Plaintiff,

v.

LONGMONT UNITED HOSPITAL,
LONGMONT POLICE DEPARTMENT, aka CIVIC CENTER,
LUTHERAN MEDICAL CENTER,
NATIONAL JEWISH HEALTH, and
SALUD CLINIC,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff, Bryan Martinez, currently resides in Longmont, Colorado. Plaintiff has submitted a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   _X_  is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized

(7) __  names in caption do not match names in caption of complaint, petition or application
(8) _  other:

**Complaint or Petition**:
(9) __  is not submitted
(10) __  is not on proper form (must use the Court's current form)
(11) __  is missing an original signature by Plaintiff
(12) __  is incomplete
(13) __  uses et al. instead of listing all parties in caption
(14) __  names in caption do not match names in text
(15) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing an Application to Proceed in District Court Without Prepaying Fees or Costs, along with the applicable instructions, at www.cod.uscourts.gov. The Court forms must be used when curing deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED June 12, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge